IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SIMMONS BANK,**
    **Plaintiff**

vs.	Case No.: 4:25cv660-DPM

**JPMORGAN CHASE BANK, N.A.,**
    **Defendant**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 01 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

## COMPLAINT

Comes Now, Simmons Bank, by and through its undersigned counsel, FRIDAY, ELDREDGE & CLARK, LLP, for its Complaint against JPMorgan Chase Bank, National Association, respectfully states as follows:

### I. PARTIES

1. Simmons Bank ("**Simmons**") is an Arkansas state-chartered bank with its principal place of business in Jefferson County, Arkansas.

2. JP Morgan Chase Bank, N.A. ("**Chase**") is a national banking corporation formed under the laws of the United States. Upon information and belief, Chase's main office is in Columbus, Franklin County, Ohio. Chase is authorized to do business in the state of Arkansas and can be served with process herein via its agent for service – CT Corporation System, 320 S. Izard Street, Little Rock, AR 72201-2114.

### II. JURISDICTION AND VENUE

3. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because (i) the amount in controversy exceeds $75,000.00, and (ii) Simmons is a citizen of Arkansas, while Chase, for diversity purposes, is a citizen of another state. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318, 126 S. Ct. 941, 952, 163 L. Ed. 2d 797 (2006) (holding a national

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

bank's location, for diversity purposes, is the state designated in its articles of association as its main office).

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because it is the district in which all or a substantial part of the events or omissions giving rise to the claim occurred and/or where a substantial part of the property at issue is situated.

### III. BACKGROUND FACTS

5. On September 12, 2024, a Simmons' customer, Graduate Arkansas, Inc. ("**Customer**"), issued and signed a check drawn on an account Customer maintained with Simmons (hereinafter, the "**Original Check**" bearing No. 403161).

6. Customer made the Original Check payable to Murray Contractors, LLC, 2 Remington Cove, Little Rock, AR 72204 ("**Murray Contractors**") for $226,294.57. A copy of the Original Check is attached hereto as **Exhibit "A"** and is incorporated by reference herein.

7. Upon information and belief, Customer mailed the Original Check to Murray Contractors by delivering the Original Check to a United States Postal Service facility in Little Rock, Arkansas; however, Customer later learned Murray Contractors never received the Original Check.

8. Without Customer's authority, a person or persons unknown to Simmons or Customer modified the Original Check to change the identity of the payee from Murray Contractors to Momco at the Cattleya Co LLC, 301 Kings Row Drive, Suite 508, Little Rock, AR 72207. However, all other features of the Original Check remained the same.

9. The altered check was subsequently deposited into an account held at Chase on or before September 17, 2024. A true and correct copy of the altered check is attached hereto as **Exhibit "B"** and is incorporated by reference herein.

10. On or about September 17, 2024, Chase, as the payee bank, presented the altered check to Simmons, as the payor bank.

11. On or about the same date, Simmons, in good faith and based on Chase's warranties, settled the altered check and paid Chase the sum of $226,294.57.

12. Upon information and belief, on or about September 27, 2024, a representative of Murray Contractors reported to Customer that it did not receive the Original Check.

13. Customer promptly accessed its account information and determined the Original Check had, in fact, posted to its account *but* to the altered payee, Momco at the Cattleya Co LLC.

14. On or about September 30, 2024, Customer notified Simmons of this activity, and Simmons opened an investigation of Customer's claims and the checks at issue.

15. Upon notice of the alteration and analysis of the checks at issue, Simmons credited Customer's account in the amount of $226,294.57. Examination of the altered check deposited at Chase, when compared to other checks issued by Customer and Customer's original check stock, confirmed that the altered check was modified prior to deposit.

16. Simmons provided notice to Chase on October 3, 2024, of Customer's allegation of alteration. A true and correct copy of Simmons' correspondence to Chase is attached hereto as **Exhibit "C"** and is incorporated by reference herein. Attached to this correspondence is a Check Affidavit from a representative of Customer confirming, in part, that an unknown person altered the payee's name on the Original Check, and Customer did not alter the payee's name or authorize the alteration.

17. Simmons demanded on October 3, 2024, and again on January 15, and March 21, 2025, that Chase pay it the amount of the altered check presented for payment. To date, Chase has refused to pay Simmons any amount on account of the altered check.

18.     Simmons has further demanded that Chase turn over the altered check for inspection, but to date, Chase has not provided Simmons the opportunity to review or examine the check. Therefore, the check is presumed to be altered. 12 C.F.R. § 229.38(i)(1).

## IV. COUNT I
## (BREACH OF PRESENTMENT WARRANTY)

19.     Simmons incorporates herein and realleges as if stated word for word the allegations of paragraphs one (1) through eighteen (18).

20.     Based on the facts set forth in this Complaint, Chase breached its warranty of presentment. Chase, by presenting the altered check to Simmons for payment, warranted that the check had not been altered. After payment of the check, Simmons learned that the payee of the check was altered.

21.     The acts and omissions of Chase directly caused the damage sustained by Simmons in an amount to be determined at trial, but not less than the amount paid by Simmons on account of the altered check Chase presented for payment.

22.     Chase is liable to Simmons based on its material breaches of the warranties set forth in ARK. CODE ANN. §§ 4-3-417 and 4-4-208.

23.     Furthermore, Simmons is entitled to compensation for expenses, including, without limitation, costs of this action and reasonable attorneys' fees, and loss of interest resulting from Chase's breach of this presentment warranty.

## V. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff Simmons Bank prays for judgment against Defendant JPMorgan Chase Bank, N.A. in the amount of $226,294.57, together with interest from and after the date of payment through the date of judgment, legal costs and attorneys'

fees, post-judgment interest as allowed by applicable law, and for all such other relief to which it may show itself entitled.

Respectfully submitted,

*/s/ Lindsey Emerson Raines*

Lindsey Emerson Raines (AR Bar No. 2016199)
FRIDAY, ELDREDGE & CLARK, LLP
3350 S. Pinnacle Hills Parkway, Suite 301
Rogers, Arkansas 72758
Telephone: (501) 370-3302
lraines@fridayfirm.com

# EXHIBIT "A"

**Graduate Arkansas Inc**
Graduate Arkansas
Accts Pay 0
6724 Interstate 30
Little Rock AR 72209

Simmons First National
Little Rock Arkansas

403161

Date
09/12/2024

Amount $***226,294.57*

PAY THE SUM OF ****226294* DOLLARS AND *57* CENTS

To the Order of:
1565
MURRAY CONTRACTORS, LLC
2 REMINGTON COVE
LITTLE ROCK AR   72204

Board President
Superintendent

5284

Graduate Arkansas Inc

VENDOR NO. 1565          CHECK NO.   403161

| ACCOUNT | PURCH. ORDER | INVOICE NUMBER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
|  |  | 2 | 226,294.57 | MAINTENANCE |

1565         MURRAY CONTRACTORS, LLC                      09/12/2024

# EXHIBIT "B"

**Front View** | **Back View** | **Both Sides**

Account Number: xxxx5284
Check Number: 403161
Posted Date: 09/17/2024
Check Amount: -$226,294.57
Description: Check



Case 4:25-cv-00660-DPM   Document 1   Filed 07/01/25   Page 10 of 17

# EXHIBIT "C"

8



10/3/2024

JP Morgan Chase Bank
Customer.claims.dacc@jpmchase.com
JPMC case INV_NA_0365986572

RE:  Return Without Entry for Breach of Presentment Warranty
Claim Ref # 2024 120

To Whom It May Concern,

Our customer, Graduate Arkansas Inc, have asserted that a check drawn on their account with us that was deposited with you and presented to us for payment was Alteration.  Please find attached affidavit and copy of the check.

Please be advised that we have a claim for breach of presentment warranties you gave us with respect to the check under Article 4 of the Uniform Commercial Code.  We are entitled to recover from you as damages for your breach of those warranties an amount equal to any loss we suffer as a result of the breach (up to the amount of the check), plus expenses and loss of interest we incur as a result of the breach.  Therefore, we hereby make a demand for $226,294.57 which equals the amount of the check presented to us for payment.

Can you please contact me at 1-866-246-2400 or email at Sharonda.Stigall@simmonsbank.com to let us know how you intend to satisfy your obligations to us relating to this matter.

Please remit response and/or payment to:


Simmons Bank
Attn:  Fraud Department
100 East Reelfoot Ave.
Union City, TN 38261

Sincerely,

Sharonda Stigall
Fraud Operations Specialist
Simmons Bank



## CHECK AFFIDAVIT

**Customer Name:** Graduate Arkansas, Inc.
**Account Number:** ▇▇5284

**Transaction Information**

| Item Dated | Posting Date | Check Number | Payee | Transaction Amount |
|---|---|---|---|---|
| 9/12/2024 | 09/17/2024 | 403161 | Check 403161 | $226,294.57 |

☐ **FORGED DRAWER**
The signature as drawer on the above described check, was not made by me, nor was it placed upon the check with my knowledge or consent. I have filed a police report for the theft of my property. Police Case Number: _____ Jurisdiction: _____ (The person whose name was forged must sign this affidavit if this box is marked.)

☐ **ENDORSEMENT FORGED**
The endorsement of _____ on the above item is a forgery. I did not authorize or write the endorsement. (The person whose name was forged will have to sign this affidavit if this box is marked.)

☑ **PAYEE NAME ALTERED**
An unknown person altered the payee's name on the item from Murray Contractors, LLC to make it payable to the order of Momco At the Cattleya Co LLC. I did not alter the payee's name nor authorize the alteration. (The maker/account holder will have to sign this affidavit if this box is marked.)

☐ **NOT ENDORSED BY PAYEE**
The item does not bear the endorsement of the payee and the payee has not benefited in any way by the issuance of this check. (The person or company whom the check was made payable to will have to sign this affidavit if this box is marked.)

☐ **ALTERED AMOUNT**
An unknown person altered the dollar amount from $_____ to $_____. I did not alter the amount. (The maker/account holder will have to sign this affidavit if this box is marked.)

☐ **COUNTERFEIT CHECK**
The name/entity that appears as the maker of the above described checks is not affiliated with me. I did not authorize this person/entity to utilize my account, nor did I sign as the drawer. (The account owner must sign the affidavit if this box is marked.)

☐ **UNAUTHORIZED DRAFT**
I did not authorize this payee to process this transaction. (The person whose name appears as the maker must sign the affidavit if this box is marked.)

### Please complete the following required fields: N/A is not a valid answer to any of these questions.

**When did you notice the checks stolen or altered?**
09/30/2024

**How were the check(s) stolen?**
Unknown. Checks were delivered to post office inside rather than being dropped off at the night box.

**Do you know who stole or altered the check(s)?**
unknown.

**Name of Suspect?**
Unknown

**Relationship to suspect?**
No Relationship

**Has a police report been filed?**
Yes

**If so, what's the police report number?**
24-133826

**What agency was the report filed with?**
Little Rock Police Department. Officer Perkins 40779 took report

**If fraud: Details of how the online banking credentials were compromised?**

Online Banking was not compromised

**At what branch was this dispute initiated?**

20

**Branch Associate Phone #:**

501 223 4301

I further declare that the debit transaction was not originated with fraudulent intent by me or any person acting in concert with me and that the signature below is my own proper signature. I have no knowledge of anyone responsible (if not already indicated in police report) and have not arranged with any person(s) who misused the fraudulent/forged item to be reimbursed from any of the proceeds of the fraudulent/forged item(s). I agree to at all times defend, indemnify and hold harmless BANK, its agents, employees, directors, successors and assigns, from and against any and all claims, actions damages, liabilities, losses and costs, including reasonable attorneys' fees and expenses, sustained or incurred by reason of the Bank's reliance on the statements contained in this Affidavit. I/We also agree to enjoin the bank in any legal action against known or unknown individuals or entities. This may include but not be limited to, testifying or certifying to the truth of all applicable statements in the affidavit before any judge, officer of a court, or other person, in any case now pending or which may occur regarding this affidavit. I have received an Error Resolution Notice and understand my rights and liabilities. By signing below, I agree to accept the results of this investigation and the accountability for the full amount disputed if no error is found. I understand I may request for documentation used in the Bank's investigation. I declare under penalty of perjury, according to the laws of the state where this affidavit is executed and the laws of the state in which my account is maintained that I have read the foregoing and the foregoing is true and correct.

Date and place: 10/1/2024 LR        Signature: [signed]
State: AR LR                          County or Parish: Pulaski

Subscribed and sworn to me this date: 10/1/24
My commission expires: 11-13-2031

10/1/24                  [signed] Angela J. Caudle
Dated                    Notary Public

ANGELA J. CAUDLE
Notary Public-Arkansas
Pulaski County
My Commission Expires 11-13-2031
Commission # 12384987

**Employee Name:** Christopher Vanwinkle        **Date:** 10/1/2024

# Check21 Fed Lookup Information




| | |
|---|---|
| **Type** | Incoming Check |
| **Item Reference** | FromJPMorganChase |
| **HostImageNumber** | 902711001037320 |
| **Posting Date** | 09/17/2024 |
| **Run Sequence** | 1003 |
| **Batch Sequence** | 8 |
| **Amount** | $226,294.57 |
| **Created Time** | 09/17/2024 09:16 |
| **Bank of First Deposit** | 111900057 |
| **Cash Letter Total** | $37,835,909.68 |
| **Cash Letter Date** | 09/16/2024 |
| **Cash Letter TR** | 041204975 |
| **Bundle Total** | $988,504.08 |
| **Sequence** | 1080915228 |
| **Previous Item Amount** | $164.80 |
| **Next Item Amount** | $3,901.00 |

Front View | Back View | **Both Sides**

Account Number: xxxx5284
Check Number: 403161
Posted Date: 09/17/2024
Check Amount: -$226,294.57
Description: Check





September 30, 2024

Simmons Bank                      Via E-Mail Only: John.Monroe@simmonsbank.com
c/o John Monroe
Senior Vice President, Business Development
17901 Chenal Parkway, 4th Floor
Little Rock, AR  72223

      RE:    URGENT: Fraudulent activity on Graduate Arkansas, Inc. account

Mr. Monroe:

I am writing in my capacity as Superintendent of Graduate Arkansas, Inc. to provide notice to Simmons Bank regarding a fraudulent item drawn on Graduate Arkansas, Inc.'s account number ▮▮▮▮▮▮▮▮▮▮.  On September 12, 2024, Graduate Arkansas, Inc. issued check no. 403161 in the amount of $226,294.57 to Murray Contractors, LLC.  A copy of that check is provided as an attachment to this correspondence.  That same day, the check was hand-delivered to the post office at 6909 Baseline Road, Little Rock AR 72209 by an employee of Graduate Arkansas, Inc. and placed in the hands of a postal clerk.  On Friday, September 27, 2024, Patrick Murry of Murry Contractors, LLC reported to Graduate Arkansas, Inc. that Murray Contractors, LLC did not receive a check.  On September 30, 2024, Graduate Arkansas, Inc. accessed its account for the purpose of and reissuing payment to Murray Contractors, LLC and stopping payment of check no. 403161.  As part of that process, Graduate Arkansas, Inc. determined that check no. 403161 was negotiated on September 17, 2024.  The check that was presented for payment contains a completely different payee, MOMCO AT THE CATTLEYA CO LLC," an entity that is unfamiliar to Graduate Arkansas, Inc.  A copy of that check, as processed, is provided as an attachment to this correspondence.  Please promptly advise whether Simmons Bank needs any additional information or action in order to restore these funds to Graduate Arkansas, Inc.'s account and the timeline on which the funds will be restored.  Also, please promptly let me know if there is a different representative of Simmons Bank with whom I should be communicating regarding this urgent issue.

Sincerely,

*Katie Hatley*

Katie Hatley

6724 Interstate 30
Little Rock, AR 72209
PH. 501.500.9270
info@graduatearkansas.org
www.graduatearkansas.org

**Graduate Arkansas Inc**
Graduate Arkansas
Accts Pay 0
6724 Interstate 30
Little Rock AR 72209

Simmons First National
Little Rock Arkansas

403161

Date
09/12/2024

Amount  $***226,294.57*

PAY THE SUM OF ****226294* DOLLARS AND *57* CENTS

To the Order of

1565
MURRAY CONTRACTORS, LLC
2 REMINGTON COVE
LITTLE ROCK AR  72204

Board President
Superintendent

5284

Graduate Arkansas Inc          VENDOR NO. 1565          CHECK NO.  403161

| ACCOUNT | PURCH. ORDER | INVOICE NUMBER | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
|  |  | 2 | 226,294.57 | MAINTENANCE |

1565     MURRAY CONTRACTORS, LLC          09/12/2024