# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SIMMONS BANK                                                         PLAINTIFF

v.                                    No. 4:25-cv-660-DPM

JPMORGAN CHASE BANK, N.A.                                           DEFENDANT

## JUDGMENT

Simmons Bank's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
12 May 2026